IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DONNA JANE TERRY A/K/A DONNA JANE FELEY,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM E. FELEY, INDIVIDUALLY AND AS AN EMPLOYEE OF RMG HOLDINGS, INC. F/K/A REHAB MANAGEMENT GROUP, INC., AND AWARENESS TECHNOLOGIES, INC.<br><br>    Defendants. | Civil Action No. 4:13-cv-02275<br><br>**ORDER OF REMAND** |

THIS MATTER COMES BEFORE THE COURT upon the Joint Motion of the parties for remand of this civil action to the Court of Common Pleas for Florence County, South Carolina, previously enumerated in the state court as Civil Action Number 2013-CP-21-1355.

IT IS HEREBY ORDERED that the Joint Motion for Remand of this case to state court shall be and is, hereby, GRANTED, and this action is remanded to the Florence County Court of Common Pleas for all further proceedings in this matter. Each party shall bear its own fees and costs. It is further ordered that the parties are hereby excused from the deadlines set forth in this Court's Conference and Scheduling Order, filed on August 22, 2013.

IT IS SO ORDERED.

                                                s/R. Bryan Harwell
                                                The Honorable R. Bryan Harwell
                                                United States District Judge

Florence, South Carolina

September 23, 2013